UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC LANKENAU-RAY and CARMEN VARGAS, Individually And On Behalf Of All Others Similarly Situated,<br><br>        Plaintiffs,<br>  v.<br><br>MARS, INC.,<br><br>        Defendant. | **Case No.:  4:16-cv-2660-YGR**<br><br>**ORDER SETTING BRIEFING SCHEDULE AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Dkt. No. 18 |

The Court is in receipt of the parties' Stipulation regarding an extension of their briefing schedule on Defendant's Motion to Dismiss and the case management conference currently set for August 22, 2016. (Dkt. No. 18.) Pursuant to the parties' stipulation, the Court **ORDERS** as follows:

1. Defendant shall file its Motion to Dismiss on or before **August 5, 2016**;

2. Plaintiffs shall file their Opposition to the Motion to Dismiss or an Amended Complaint by **September 19, 2016**;

3. If Plaintiffs file an Opposition to the Motion to Dismiss, Defendant shall file its Reply in support of the Motion to Dismiss by **September 26, 2016**. If Plaintiffs file an Amended Complaint, Defendants shall have at least the time provided for by the Federal Rules of Civil Procedure to respond and the Parties may negotiate a revised briefing schedule.

4. The case management conference currently set for August 22, 2016 is **CONTINUED** to **October 17, 2016**, at 2:00 p.m. in Courtroom 1, 1301 Clay Street, Oakland, California. The parties shall engage in a Rule 26(f) Conference by **September 26, 2016**, and shall

file the required ADR Certification and ADR Selection Form by **September 26, 2016**, and shall submit a joint case management statement by **October 10, 2016**.

In light of the foregoing, the Court does not find the additional measure of a stay to be warranted.

IT IS SO ORDERED.

This terminates Docket No. 18.

Dated: July 29, 2016

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE