**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian (SBN 249203)
ak@kazlg.com
Andrei Armas (SBN 299703)
andrei@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

Attorneys for Plaintiff
ERICK LANKENAU-RAY



IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
10/26/16

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC LANKENAU-RAY, Individually And On Behalf Of All Others Similarly Situated,<br><br>            Plaintiff,<br>     v.<br><br>MARS, INC,<br><br>            Defendant. | **CASE NO.**: 4:16-cv-2660-YGR<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF CASE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>**Complaint Filed**: May 17, 2016 |

NOTICE OF VOLUNTARY DISMISSAL

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff ERIC LANKENAU-RAY ("Plaintiff"), by and though his counsel, voluntarily dismisses the above captioned action against defendant MARS, INC. ("Defendant") with prejudice as to Plaintiff's individual claims, and without prejudice as to any claims of absent putative class members.

                                          Respectfully submitted,

DATED: October 25, 2016                  **KAZEROUNI LAW GROUP, APC**

                                        By:  /s/ *Andrei Armas*
                                                  Abbas Kazerounian, Esq.
                                                  Andrei Armas, Esq.
                                               Attorneys for Plaintiff

**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626